UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**DAVID JOHN LOGUE**
**SHIRL JEAN LOGUE**

DEBTOR(S)

**BANKRUPTCY NO.**
**09-11682**
**SECTION "B"**

CHAPTER 13

## ORDER

Considering the Motion to Reschedule Confirmation Hearing filed by Scott Banner Property Management, Inc. **(P-25)**, a hearing having been scheduled for September 2, 2009 and with the agreement of all parties,

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the confirmation hearing is continued to **WEDNESDAY, OCTOBER 7, 2009 AT 10:35 A.M.**

New Orleans, Louisiana, September 3, 2009.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE