# S. J. Beaulieu, Jr.

CHAPTER 13 TRUSTEE

433 Metairie Road, Suite 307
Metairie, Louisiana 70005

(504) 831-1313

September 3, 2009

Mary Langston
Asst. United States Trustee
United States Trustee's Office, Region 5
400 Poydras street
Suite 2110
New Orleans, LA 70130

Dear Mary,

    I would like to refer two cases to you for possible bankruptcy fraud and concealment of assets.

    09-11952: Kalisa Porche Synigal
    Attorney of Record: Anthony Marshall

    In this case the debtor failed to list annual income from gambling annuity of approximately $42,000.00 per year payable for the next eighteen years. This income stream was discovered during questioning by a creditor (Dow Credit Union). Also in the questioning it was ascertained that the debtor failed to list a CD for $340,000.00. Also omitted from the schedules is a 2008 Motorcycle. The plan in this case proposed five percent to the general unsecured.

    I would also point out to you that the attorney in this case, Mr. Marshall, continues to file poorly prepared and incomplete cases. If you would review cases on 09-11699, 09-11713, 09-11756, and 09-11765 (341MOC on 09-26-09) you can easily see that his work leave a lot to be desired.

09-11682: David John Logue
Shirl Jean Logue
Attorney of Record: J. David Andress

In this case the debtor failed to list a 1995 Dodge Dakota and 1995 Chevy Corvette. Normally is the debtor failed to list a vehicle with a blown motor or some other major mechanical or structure damage, I would ask for an amended "B" schedule, In this case the 95 Dodge allegedly has no motor although the pictures provided by the debtor shows a motor in place but needing work. The 95 Vette is another story. The amended "B" indicates the Vette does not run, yet it is covered in front of a residence. To me, it appears the debtor was afraid to list the property for fear that it may have been sold through the bankruptcy estate.

Also in this case the debtor made a transfer to his father in law of two vehicles allegedly for loans totaling $25,000.00. I requested information on these transfer and am reviewing the information at this time.

Sincerely,

S.J. Beaulieu, Jr.

SJB/dbe